In the United States Court of Appeals
For The Fourth Circuit

**Curtis Edwin Leyshon** )
*Petitioner—Appellant* )
)
*versus,* )
)
)
**COMMISSIONER OF INTERNAL REVENUE** ) Case No. 15-2020
*Respondent—Appellee* )

RECEIVED
2015 NOV 30  AM 10: 29
U.S. COURT OF APPEALS
FOURTH CIRCUIT

**Motion to Accept Late Filing of the Appellate Brief.**

Comes now Curtis Edwin Leyshon ("Leyshon") without Assistance of Counsel, with this **Motion to Accept Late Filing of the Appellate Brief.**

Leyshon was working on the Appellate Brief on November 24th, 2015, as suddenly Leyshon could not print and my IBM Windows machine locked up.

I immediately sought help from a computer expert delivering my computer on November 24th, 2015. This Party only worked part of November 25th, 2015 taking off the rest of the day and also taking off November 26th, 2015, being Thanksgiving Day.

He worked on the computer on Friday, November 27th, 2015 and had to reload some software wherein I lost the brief I was working on. Luckily, I had a hard copy that I had printed on that was partially done. I retyped the Appellate Brief and Formatted it but it was too late Friday to make the Post Office. Therefore I am express mailing it on November 27th, 2015.

I motion this Court to accept this late filings as they were acts of which I had any control over, it does not prejudice the Appellee and is in the interest of justice.

*[signature: Curtis Edwin Leyshon]*

My Hand,

### Certification of Service

I certify that that a true and correct copy of this Motion to Accept Late Filing went via USPS First Class to the following parties, to wit:

Clint Aaron Carpenter
U.S. Department of Justice, Tax Division
P.O. Box 502
Washington, D.C. 20044
202-514-4346 Phone
clint.a.carpenter@usdoj.gov

Chief Clerk Patricia Connor
Lewis F. Powell, Jr. U.S. Courthouse Annex
1100 East Main Street, Suite 501
Richmond, Virginia 23219

Date: 11/28/15

_____
Signature

USPS Priority Mail Express label

FROM: C. Leyshon
915 N. Pine Run Rd.
Boone, NC 28607

TO: U.S. Marshal
[Richmond, VA]
23219

Postage: $19.99
Boone, NC 28607
Nov 28, 15
R2304M110832-07