FILED: November 30, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2020
(020983-13)

_____

CURTIS E. LEYSHON

      Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

      Respondent - Appellee

_____

O R D E R

_____

Upon consideration of the motion for leave to file the opening brief and appendix out of time, the court grants the motion and accepts the brief and appendix for filing.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk