FILED: December 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2020
(020983-13)

_____

CURTIS E. LEYSHON

      Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

      Respondent - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 01/19/2016

Any reply brief: 14 days from service of response brief.

Any further extensions of time shall be disfavored.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk