FILED: February 2, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2020
(020983-13)

_____

CURTIS E. LEYSHON

  Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

  Respondent - Appellee

_____

O R D E R

_____

  The court grants the motion to extend filing time and extends the time for filing the reply brief to 02/22/2016.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk