FILED: May 20, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2020
(020983-13)

_____

CURTIS E. LEYSHON

  Petitioner - Appellant

v.

COMMISSIONER OF INTERNAL REVENUE

  Respondent - Appellee

_____

J U D G M E N T

_____

  In accordance with the decision of this court, the judgment of the tax court is is affirmed.

  This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK